**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of Louisiana** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Chauvin, Toby Joel** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Chauvin, Christy Dianne** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fka Christy D. Hidalgo** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-6464** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-2304** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7521 A Highway 1**<br>**Donaldsonville, LA 70346** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**7521 A Highway 1**<br>**Donaldsonville, LA 70346** |
| County of Residence or of the<br>Principal Place of Business: **Ascension** | County of Residence or of the<br>Principal Place of Business: **Ascension** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11 | ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)  *THIS SPACE IS FOR COURT USE ONLY*
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03)
FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Chauvin, Toby Joel**
**Chauvin, Christy Dianne**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/ Toby Joel Chauvin**
Signature of Debtor **Toby Joel Chauvin**

X   **/s/ Christy Dianne Chauvin**
Signature of Joint Debtor **Christy Dianne Chauvin**

_____
Telephone Number (If not represented by attorney)

**April 20, 2004**
Date

**Signature of Attorney**

X   **/s/ Andrew C. Engolio**
Signature of Attorney for Debtor(s)
**Andrew C. Engolio 22773**
Printed Name of Attorney for Debtor(s)
**Derren S. Johnson & Associates, APLC**
Firm Name
**4264 Perkins Road**
**Baton Rouge, LA 70808**
Address
**225-389-9616**
Telephone Number
**April 20, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Andrew C. Engolio**         **April 20, 2004**
Signature of Attorney for Debtor(s)      Date
**Andrew C. Engolio**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re: **Toby Joel Chauvin / Christy Dianne Chauvin**, Debtor(s)

Case No.
Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **April 20, 2004**

**/s/ Toby Joel Chauvin**
**Toby Joel Chauvin**
Signature of Debtor

Date: **April 20, 2004**

**/s/ Christy Dianne Chauvin**
**Christy Dianne Chauvin**
Signature of Debtor

ABC Distributing Inc.
P.O. Box 610130
Miami, FL 33261-0130


ABN-Amro
135 S. LaSalle St. Dept.8335
Chicago, IL 60674-8335


Ascension Credit Union
P.O. Box 248
Gonzales, LA 70707-0248


Bank of America
P.O. Box 53137
Phoenix, AZ 85072


Capitol One
P.O. Box 26030
Richmond, VA 23260-6030


Chase
P.O. Box 15583
Wilmington, DE 19886


Dean Morris, LLP
P.O. Box 2867
Monroe, LA 71207-2867


First American Bank
200 Marchand Dr.
Donaldsonville, LA 70346


First Collect
PO Box 64488
Baltimore, MD 21264


Gordon's
P.O. Box 9025
Des Moines, IA 50368


Hibernia
400 Mississippi Street
Donaldsonville, LA 70346

```
Lake Ascension Physician
P.o. box 1149
Gonzales, LA 70707


Speigel
9310 SW Gemini Drive
Beaverton, OR 97078-0001


Wells Fargo Financial Bank/Marquis
P.O. Box 98796
Las Vegas, NV 89193-8796


District Counsel
Internal Revenue Service
P.O. Box 30509
New Orleans, LA 70190


Internal Revenue Service
600 S. Maestri Place
Stop 31
New Orleans, LA 70130


La. Dept. of Revenue
P.O. Box 66658
Baton Rouge, LA 70896


United States Attorney
777 Florida Street
Suite 208
Baton Rouge, LA 70801
```